

Writer's Direct Dial: (516) 663-6618
Writer's Direct Fax: (516) 663-6818
Writer's E-Mail: drobins@rmfpc.com

August 29, 2022

By ECF

The Honorable United States District Judge Katherine Polk Failla
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Cristian Sanchez v. Turkey Hill Dairy*
Case No. 22-cv-02420 (KPF)

Dear Judge Failla,

We represent Defendant in the above referenced matter and write on consent of Plaintiff, to respectfully request judicial approval of the enclosed Consent Decree.

Plaintiff's Complaint alleges that Turkey Hill Dairy's website is a place of public accommodation and is not accessible to persons with visual disabilities in violation of the Americans with Disabilities Act ("ADA") and the New York City Human Rights Law. Although Turkey Hill Dairy denies these allegations, it has reached an early settlement with Plaintiff. This settlement will conserve the Court's and parties' resources, avoid the expense and inconvenience of continued litigation, and address the website accessibility issues alleged in the Complaint.

The parties request that the Court approve the Consent Decree as the Consent Decree (1) springs from and serves to resolve a dispute within the Court's subject matter jurisdiction, (2) comes within the general scope of the case made by the pleadings, and (3) furthers the objectives of the law upon which the Complaint was based. *Kozlowski v. Coughlin*, 871 F.2d 241, 244 (2d Cir. 1989). Specifically, this Court has jurisdiction under 28 U.S.C. 1331, the Consent Decree falls within the scope of Plaintiff's website accessibility allegations under the ADA and city law and Turkey Hill Dairy's non-discrimination and website compliance obligations in the Consent Decree further the objectives of the ADA and city anti-discrimination laws.

Moreover, the Southern District of New York has approved very similar consent decrees in numerous website accessibility actions. See e.g., *Murphy v.*






*Carolina Nitsch Contemporary Art, LLC,* 1:21-cv-10479 (KPF) February 24, 2022 (DE 14); *Jaquez v. Crystal of America, Inc.,* 1:20-cv-07404 (KPF) October 29, 2020 (DE 9); *Hecht v. Indie Lee & Co., Inc.*, 1:20-cv-05850-RA, October 26, 2020 (DE 13); *Hecht v. Brewster Home Fashions LLC*, 1:20-cv-05719-JPO, September 22, 2020 (DE 11).

We thank the Court in advance for its time and attention to this matter, and for its consideration of this request.

Very truly yours,

*/s/David A. Robins*

David A. Robins
For the Firm

DAR:mt

cc: All Parties (by ECF)

981418